MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DIANA LIERA, | Civil No. 1:18-cv-00532-JDP |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 14 days to file her responsive brief. Defendant respectfully requests this additional time not because of workload considerations, but because, upon review of Plaintiff's brief and the administrative record, the undersigned believes this case may warrant voluntary remand. This extension is necessary for the agency to consider the remand recommendation, and to determine whether the agency's final decision is supported by substantial evidence and accords with agency policy.

1

The new due date for Defendant's responsive brief or any remand stipulation will be Wednesday, March 6, 2019.

Date: *February 20, 2019*      LAW OFFICES OF LAWRENCE D. ROHLFING

By:   */s/ Lawrence David Rohlfing\**
LAWRENCE DAVID ROHLFING
*\* By email authorization on February 20, 2019*
Attorney for Plaintiff

Date: *February 20, 2019*      MCGREGOR W. SCOTT
United States Attorney

By:   */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

IT IS SO ORDERED.

Dated:    February 21, 2019          _/s/ Jeremy Peterson_
UNITED STATES MAGISTRATE JUDGE