MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DIANA LIERA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:18-cv-00532-JDP <br><br> **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to evaluate the additional evidence received after the hearing decision was issued, and further evaluate the claimant's mental impairments at step two of the sequential evaluation process. If warranted, the ALJ shall obtain a psychological consultative examination; reassess the claimant's maximum residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; and offer the claimant the opportunity for a hearing. The ALJ shall take any further action needed to complete the administrative record, and issue a new decision.

Respectfully submitted,

Date: March 6, 2019     By:  */s/ Lawrence D. Rohlfing\**
LAWRENCE D. ROHLFING
*\* By email authorization on March 6, 2019*
Attorney for Plaintiff

Date: March 6, 2019          MCGREGOR W. SCOTT
United States Attorney

By:  */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

IT IS SO ORDERED.

Dated:   March 8, 2019

UNITED STATES MAGISTRATE JUDGE